and votes for reversal on the ground of error in the charge, and Crosby, J., who dissents and votes for reversal upon the ground that plaintiff's intestate was guilty of contributory negligence as matter of law. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

IDA HAZEL HENDERSON, Appellant, v. MELVIN AMES, Respondent.— Judgment affirmed, with costs, on the ground that the defendant's negligence, if any, was not a contributing cause of the accident. All concur, Edgcomb, J., upon the further ground and Taylor, J., in result only, upon the sole ground that plaintiff's cause of action, if any, was defeated by her marriage with the defendant after the beginning of the action and before the trial. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THOMAS B. PARKER, Appellant, v. MELVIN AMES, Respondent.— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal and granting a new trial on the ground that under the testimony that defendant was driving at the rate of forty miles per hour and upon his left of the center of the highway, the question whether his negligence was a proximate cause of the mishap was one of fact for the jury. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RAY BENZON, Respondent, v. WUNDER-COOK, INCORPORATED, and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ABI L. BOOLAS and Another, Copartners Doing Business under the Firm Name and Style of the B. & B. MOTOR SALES COMPANY, Appellants, v. COMMERICAL CREDIT CORPORATION, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EVANGELICAL LUTHERAN CHURCH OF THE ASCENSION OF SNYDER, NEW YORK, Respondent, v. PHILIP SAHLEM and Another, Appellants.— Judgment affirmed, without costs of this appeal to either party. New finding of fact made. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDWIN J. SPANG, Respondent, v. CHARLES F. ZIMMERMAN, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ETTA K. CREIGHTON, Appellant, v. NEW YORK STATE RAILWAYS, Respondent. — Judgment affirmed, with costs. All concur, except Taylor and Thompson, JJ., who dissent and vote for reversal on the ground that the questions of negligence and contributory negligence were fairly questions of fact for the jury. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SETH CREIGHTON, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment affirmed, with costs. All concur, except Taylor and Thompson, JJ., who dissent and vote for reversal on the ground that the questions of negligence and contributory negligence were fairly questions of fact for the jury. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES W. ROWLEE, Appellant, v. ALBERT A. DURFEY and Others, Respondents.— Motion for reargument granted and reargument set for November eleventh. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PETER STAMIRIS, Appellant, v. JOHN M. COOPER, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.